ARIEL STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a
Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY LLC, SERIES 1617 JOSHUA TREE,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00383-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Counterclaimant,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1617 JOSHUA TREE; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Counterdefendants. | |

{63729876}

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Saticoy Bay LLC, Series 1617 Joshua Tree and NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through their respective counsel of record, hereby agree to dismiss all claims and counterclaims between them with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 7th day of June, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Melanie D. Morgan*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Christopher L. Benner*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Saticoy Bay LLC, Series 1617 Joshua Tree* |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.



RICHARD E. BOULWARE, II
United States District Court

**DATED:** June 15, 2022

2